# United States Court of Appeals for the Federal Circuit

_____

**ACTELION PHARMACEUTICALS LTD,**
*Plaintiff-Appellee*

v.

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellant*
_____

2022-1889
_____

Appeal from the United States District Court for the Northern District of West Virginia in No. 1:20-cv-00110-JPB, Judge John Preston Bailey.
_____

**JUDGMENT**
_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

November 6, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court