**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

ACTELION PHARMACEUTICALS LTD,

Plaintiff,

v.

MYLAN PHARMACEUTICALS INC.,

Defendant.

**Civil Action No. 1:20-110 (JPB)**
**Honorable John Preston Bailey**

**MOTION FOR LEAVE TO WITHDRAW AARON P. SELIKSON, ESQ., AS COUNSEL FOR PLAINTIFF**

COMES NOW Plaintiff, by counsel, and pursuant to Local Rule of General Practice and Procedure for this Court 83.03, respectfully moves the Court to grant leave to Aaron P. Selikson, Esq., (granted *pro hac vice* status in the action on June 20, 2020 [Doc. 12]) to withdraw as counsel of record on behalf of Plaintiff. The basis for this motion is that Mr. Selikson is no longer associated with the law firm of Paul Hastings LLP.

Plaintiff will continue to be represented in this matter by the attorneys identified below with the Simmerman Law Office, PLLC, along with the attorneys admitted *pro hac vice* identified below with the law firms of Paul Hastings LLP, and Irell & Manella LLP.

A proposed Order granting the relief sought is submitted herewith for the Court's consideration.

Respectfully submitted,
Dated: December 1, 2023

By: /s/Chad L. Taylor_________________
Frank E. Simmerman, Jr. (WV Bar No. 3403)
Chad L. Taylor (WV Bar No. 10564)
Frank E. Simmerman, III (WV Bar No. 11589)

SIMMERMAN LAW OFFICE, PLLC
254 East Main Street
Clarksburg, West Virginia 26301
(304) 623-4900 (Telephone)
(304) 623-4906 (Facsimile)
fes@simmermanlaw.com
clt@simmermanlaw.com
trey@simmermanlaw.com

*Of Counsel:*

Bruce M. Wexler
Preston K. Ratliff II
Christopher P. Hill
Mark Russell Sperling
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

Jason G. Sheasby
Lisa Glasser
IRELL & MANELLA LLP
1800 Avenue of the Stars,
Suite 900
Los Angeles, CA 90067
jsheasby@irell.com
lglasser@irell.com
(310) 277-1010 (Telephone)
(310) 203-7199 (Facsimile)

*Attorneys for Plaintiff*
*Actelion Pharmaceuticals Ltd*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

ACTELION PHARMACEUTICALS LTD,

Plaintiff,

v.

MYLAN PHARMACEUTICALS INC.,

Defendant.

**Civil Action No. 1:20-cv-110**
**Honorable John Preston Bailey**

**CERTIFICATE OF SERVICE**

I, Chad L. Taylor, Esq., counsel for Plaintiff, do hereby certify that on the 1st day of December, 2023, the foregoing **MOTION FOR LEAVE TO WITHDRAWAL AARON P. SELIKSON, ESQ., AS COUNSEL FOR PLAINTIFF** was filed electronically via the Court's CM/ECF system which will send notice of the same to counsel of record.

By: *<u>/s/Chad L. Taylor</u>*______________

Chad L. Taylor (WVSB# 10564)
clt@simmermanlaw.com
SIMMERMAN LAW OFFICE, PLLC
254 East Main Street
Clarksburg, West Virginia 26301
(304) 623-4900 (Telephone)
(304) 623-4906 (FACSIMILE)