**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD.<br>*Plaintiff,*<br>v.<br>MYLAN PHARMACEUTICALS INC.,<br>*Defendant.* | Civil Action No. 1:20-CV-00110-JPB<br>Hon. John Preston Bailey |

**AGREED ORDER**

1. In the event that a party appeals the final judgment, any motion for attorney fees and/or costs, including any bill of costs or motion that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and served within thirty (30) days after the expiration of the time to petition for certiorari to the United States Supreme Court or, if the appeal is withdrawn or dismissed, within thirty (30) days after such withdrawal or dismissal.

2. In the event that no party appeals the final judgment, any motion for attorney fees and/or costs, including any bill of costs or motion that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and served within thirty (30) days after the expiration of the time for filing a notice of appeal under Fed. R. App. P. 3 and 4.

Dated: ____________________

____________________________
HON. JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

/s/Jennifer J. Hicks
Timothy M. Miller (WV Bar No. 2564)
Jennifer J. Hicks (WV Bar No. 11423)
Austin Drake Rogers (WV Bar No. 13919)
BABST, CALLAND, CLEMENTS
& ZOMNIR, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
681-205-8888
681-205-8814 fax
tmiller@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

Of Counsel:

Jason G. Sheasby
California State Bar No. 205455
jsheasby@irell.com
Lisa Glasser (pro hac vice)
California State Bar No. 223406
lglasser@irell.com
IRELL & MANELLA LLP
1800 Ave. of Stars, #900
Telephone: (310)277-1010
Facsimile (310)203-7199

*Attorneys for Plaintiff*

/s/William D. Wilmoth
William D. Wilmoth (WV Bar No. 4075)
STEPTOE & JOHNSON PLLC
1324 Chapline Street, Suite 100
Wheeling, WV 26003
William.Wilmoth@Steptoe-Johnson.com

Gordon H. Copland (WV Bar No. 828)
William J. O'Brien (WV Bar No. 10549)
STEPTOE & JOHNSON PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
Tel: (304) 933-8000
gordon.copeland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

Of Counsel:

Deepro R. Mukerjee
Lance Soderstrom
KATTEN MUCHIN ROSEMAN LLP
575 Madison Avenue
New York, NY 10022
deepro.mukerjee@katten.com
lance.soderstrom@katten.com
(212) 940-8800

Jitendra Malik
Christopher W. West
KATTEN MUCHIN ROSEMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202
jitty.malik@katten.com
christopher.west@katten.com
(704) 444-2000

Jillian M. Schurr
KATTEN MUCHIN ROSEMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
jillian.schurr@katten.com
(312) 902-5200

*Attorneys for Defendant*