## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ACTELION PHARMACEUTICALS LTD,

                Plaintiff,

    v.

MYLAN PHARMACEUTICALS INC.,

                Defendant.

**Civil Action No. 1:20-110 (JPB)**
**Honorable John Preston Bailey**

## NOTICE OF FILING

Pursuant to the Court's Order dated March 8, 2024 (Dkt. No. 234), Defendant Mylan Pharmaceuticals Inc. ("Defendant" or "Mylan") submits the attached proposed Final Judgment for the Court's consideration.

Dated: March 15, 2024.

                    **/s/William J. O'Brien**
                    Gordon H. Copland (WV Bar No. 828)
                    William J. O'Brien (WV Bar No. 10549)
                    STEPTOE & JOHNSON PLLC
                    400 White Oaks Blvd.
                    Bridgeport, WV 26330
                    Tel: (304) 933-8000
                    gordon.copeland@steptoe-johnson.com
                    william.obrien@steptoe-johnson.com

                    *Of Counsel:*
                    Deepro R. Mukerjee
                    Lance Soderstrom
                    KATTEN MUCHIN ROSEMAN LLP
                    575 Madison Avenue
                    New York, NY 10022
                    deepro.mukerjee@katten.com
                    lance.soderstrom@katten.com
                    (212) 940-8800

Jitendra Malik
Christopher W. West
KATTEN MUCHIN ROSEMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202
jitty.malik@katten.com
christopher.west@katten.com
(704) 444-2000

Jillian M. Schurr
KATTEN MUCHIN ROSEMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
jillian.schurr@katten.com
(312) 902-5200
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of March 2024, I filed the foregoing **"Notice of Filing"** using the Court's CM/ECF system, which will send notification of the same to all counsel of record.

 */s/ William J. O'Brien*
Gordon H. Copland (WV Bar #828)
 gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
 william.obrien@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Attorney for Defendants*