# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### At Clarksburg

| | |
|---|---|
| ACTELION PHARMACEUTICALS LTD.<br><br>*Plaintiff,*<br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>*Defendant.* | Civil Action No. 1:20-CV-00110<br>(Hon. John Preston Bailey) |

## ▬▬▬▬▬ FINAL JUDGMENT

This action, having been tried before the Court on February 20, 2024, the evidence and testimony of witnesses of each side having been heard and a decision having been rendered:

IT IS HEREBY ORDERED AND ADJUDGED, for the reasons set forth in the Court's March 7, 2024, Findings of Fact and Conclusions of Law Order (Dkt. No. 233) that:

1. The proposed generic epoprostenol products that are the subject of Mylan Pharmaceuticals Inc.'s ("Mylan's") Abbreviated New Drug Application ("ANDA") No. 213913 do not and would not infringe (either literally or under the doctrine of equivalents) claims 1, 6, 8, 10, 11, 16, 18, 20, and 22 of U.S. Patent No. 8,318,802 ("the '802 patent") and claims 16, 18-22, and 24-42 of U.S. Patent No. 8,598,227 ("the '227 patent") (collectively, the "Asserted Claims").

2. Judgment is entered in favor of Defendant Mylan and against Plaintiff Actelion Pharmaceuticals Ltd. ("Actelion") on Plaintiff's claims that the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the proposed generic epoprostenol products that are the subject of Mylan's ANDA No. 213913 would infringe (either literally or under the doctrine of equivalents) the Asserted Claims, and on Mylan's First Counterclaim that

the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the proposed generic epoprostenol products that are the subject of Mylan's ANDA No. 213913, would not infringe (either literally or under the doctrine of equivalents) the Asserted Claims; and

3. All claims of infringement of any claims of the '802 patent or '227 patents not expressly enumerated above are dismissed with prejudice.

Dated: 3-18-2024

HON. JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE